336

485 A.2d 391

RADO MECHANICAL CORPORATION, Appellant

v.

COMMONWEALTH of Pennsylvania.

Supreme Court of Pennsylvania.

Argued Dec. 6, 1984.

Decided Dec. 14, 1984.

Michael R. Lynn, Emlenton, for appellant.

Paul S. Roeder, Bart DeLuca, Deputy Attys. Gen., Harrisburg, for appellee.

ORDER

PER CURIAM.

Order affirmed.